# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO - AKRON

| | |
|---|---|
| IN RE: ) | CASE NO. 18-50621 |
| ) | Chapter 13 |
| JAY A. LEVINE ) | |
| ) | JUDGE ALAN M. KOSCHIK |
| Debtor(s). ) | |
| ) | **WITHDRAWAL OF CLAIM NUMBER 4-1  ON BEHALF OF** |
| ) | **KRISTEN M. SCALISE, SUMMIT COUNTY FISCAL OFFICER** |
| ) | |

Creditor, Kristen M. Scalise, Summit County Fiscal Officer, hereby withdraws her Claim Number 4-1, electronically filed herein on April 5, 2018. This claim is being withdrawn because it was filed in error.

Respectfully submitted,

SHERRI BEVAN WALSH
Summit County Prosecutor

/s/Regina M. VanVorous
REGINA M. VANVOROUS, 0020786
Assistant Prosecuting Attorney
53 University Avenue, 7th Floor
Akron, Ohio 44308
(330) 643-8409 / Fax (330) 643-8540

Attorney for Creditor Kristen M. Scalise,
Summit County Fiscal Officer